**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| Leonildo Junior Simao )<br><br>Petitioner, )<br><br>v. )<br><br>Patricia Hyde, et al, )<br><br>Respondent (s). ) | Civil Action No. 26-CV-12180-AK |

## ORDER OF DISMISSAL

**ANGEL KELLEY, D.J.**

In accordance with the Court's Order  [Dkt. 10] entered on 5/28/2026, it is

hereby **ORDERED** that the above-entitled action be, and hereby is,

**DISMISSED**.

Dated: 6/9/2026                                                                                    By the Court,

/s/ Courtney Horvath
Deputy Clerk